NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1345

J.M. & F., INC., ET AL.

VERSUS

STATE OF LOUISIANA, THROUGH THE
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT AND
F.D. SHAY CONSTRUCTION

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2001-2571
HONORABLE PATRICIA MINALDI, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

OSWALD A. DECUIR
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Billie Colombaro Woodard, Oswald A. Decuir, and Billy Howard
Ezell, Judges.

AFFIRMED.

Ronald J. Bertrand
Attorney at Law
P. O. Box 5
Rayne, LA 70578-0005
(318) 334-2139
Counsel for Defendant/Appellee:
        State of Louisiana, through The
        Department of Transportation
        and Development

**Earl G. Pitre**
**Attorney at Law**
**P. O. Box 3756**
**Lake Charles, LA 70602-3756**
**(337) 494-0800**
**Counsel for Defendant/Appellee:**
      **F.D. Shay Construction, Inc.**

**Thomas P. LeBlanc**
**Lundy & Davis, L.L.P.**
**501 Broad Street**
**Lake Charles, LA 70601**
**(337) 439-0707**
**Counsel for Plaintiff/Appellant:**
      **J.M. & F., Inc.**